In the Matter of the Application of THE WESTMINSTER HEIGHTS COMPANY, Respondent, for a Peremptory Writ of Mandamus against JOHN J. DELANY, as Corporation Counsel of the City of New York, Appellant.

*Matter of Westminster Heights Co.*, 107 App. Div. 577, affirmed.
(Submitted April 16, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 6, 1905, which reversed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to accept and record certain deeds of conveyance and granted said motion.

*John J. Delany, Corporation Counsel* (*John P. Dunn* and *Thomas C. Blake* of counsel), for appellant.

*Alexander McKinny* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN and CHASE, JJ. Not sitting: WILLARD BARTLETT, J.